UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDY WILKINS,<br>        Plaintiff,<br>   v.<br>DEPUTY C. VANCOTT,<br>        Defendant. | Case No. 17-cv-00340-YGR (PR)<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS** |

Plaintiff has filed requests for a sixty-day extension of time in which to file his opposition to Defendant's Motion to Dismiss, which was due on January 5, 2018. Dkts. 25, 28. Having read and considered Plaintiff's request, and good cause appearing,

IT IS HEREBY ORDERED that Plaintiff's request for a sixty-day extension of time is GRANTED. The time in which Plaintiff may file his opposition to Defendant's Motion to Dismiss will be extended up to and including **March 6, 2018**.

Defendant shall file a reply brief no later than **fourteen (14) days** after the date Plaintiff's opposition is filed.

This Order terminates Docket Nos. 25 and 28.

IT IS SO ORDERED.

Dated: January 24, 2018

_____
YVONNE GONZALEZ ROGERS
United States District Court Judge